IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERNEST HOLLOWAY,

    Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing duties and functions not reserved to the Commissioner of Social Security,

    Defendant.

No. C 18-02465 WHA

**ORDER RE SCREENING UNDER 28 U.S.C. § 1915**

When a plaintiff proceeds *in forma pauperis*, the Court is required to conduct a preliminary screening of plaintiff's complaint under 28 U.S.C. § 1915 and dismiss any complaint that is "frivolous or malicious," "fails to state a claim on which relief can be granted," or "seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B). While counsel for plaintiff has included more factual allegations in plaintiff's amended complaint than she included in plaintiff's original complaint, the Court requests that counsel submit defendant Deputy Commissioner's opinion or transcribed statement of reasons for finding that plaintiff was not disabled. Please do so by **JUNE 14, 2018, AT NOON**.

**IT IS SO ORDERED.**

Dated: June 11, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE